O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE SCOTT, CAROL C. SCOTT, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA N.A., a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; WELLS FARGO BANK, NA, dba AMERICA'S SERVICING COMPANY, a National Association, et al., <br><br> Defendants. | Case No. CV 12-05389 DDP (JCGx) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** <br><br> [Dkt. No. 9 ] |

    Presently before the court is Defendants' Bank of America's Motion to Dismiss.  Because Plaintiffs have not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that

"[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

The hearing on Defendants' motion was set for October 1, 2012. Plaintiffs' opposition was therefore due by September 10, 2012. As of the date of this Order, Plaintiffs have not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiffs' failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: September 27, 2012

DEAN D. PREGERSON
United States District Judge